| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| ROBERT C. NISENSON, ESQ. |
| 10 AUER COURT |
| EAST BRUNSWICK, NEW JERSEY 08816 |
| ATTORNEY FOR DEBTOR |
| RCN 6680 |
| In Re: |
| **JOSEPH D. LONGO** |

Order Filed on July 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  16-12412

Chapter:  13

Hearing Date:

Judge:  JKS

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

  X  MORTGAGE      ☐ LIEN       ☐ OTHER (specify)

The relief set forth on the following page is hereby **ORDERED.**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 9, 2021**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)     13 Shenandoah Crescent, Wharton, New Jersey 07885

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: FIRST MUTUAL CORP.
b. Current Assignee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
c. Current Servicer: JP MORGAN CHASE BANK, NA
d. Date of Mortgage/Lien: 5-3-2006
e. Date of Recordation: 5-15-2006
f. Place of Recordation: Morris County, New Jersey
   i. Mortgage Book: 20510
   ii. Page: 1933
g. Original Principal Balance of Mortgage/Lien: $60,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev. 12/1/17*