| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ROBERT C. NISENSON, ESQ.<br><br>10 AUER COURT<br><br>EAST BRUNSWICK, NEW JERSEY 08816<br><br>ATTORNEY FOR DEBTOR<br><br>RCN 6680<br><br><br>In Re:<br><br>    **JOSEPH D. LONGO** | Order Filed on July 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:    16-12412<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge:    JKS |

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

  X   **MORTGAGE**        ☐ **LIEN**        ☐ **OTHER** (specify)

The relief set forth on the following page is hereby **ORDERED.**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 9, 2021**

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)    13 Shenandoah Crescent, Wharton, New Jersey 07885

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder:  FIRST MUTUAL CORP.
b. Current Assignee: _____MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
c. Current Servicer: __JP MORGAN CHASE BANK, NA_____
d. Date of Mortgage/Lien: _____5-3-2006
e. Date of Recordation: _____5-15-2006
f. Place of Recordation: ____Morris County, New Jersey
   i. Mortgage Book: ____20510_____  _____
   ii. Page: _____1933_____
g. Original Principal Balance of Mortgage/Lien: $60,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev. 12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph D Longo  
    Debtor

Case No. 16-12412-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 09, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph D Longo, 13 Shenandoah Crescent, Wharton, NJ 07885-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor BAC BANK OF NY (CWALT 2006-23CB) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB DMcDonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Robert C. Nisenson | on behalf of Debtor Joseph D Longo r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 09, 2021 | Form ID: pdf903 | Total Noticed: 1

Steven P. Kelly
    on behalf of Creditor The Bank of New York Mellon skelly@sterneisenberg.com bkecf@sterneisenberg.com

Tammy L. Terrell
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

TOTAL: 7